IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKLIN R. MILLS,

    Plaintiff,

  vs.                               No. CIV S-05-0931 MCE GGH PS

CITY OF REDDING, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Currently pending on this court's law and motion calendar for July 28, 2005, is plaintiff's motion for summary judgment, filed June 8 and amended on June 15, 2005.  Because there are outstanding findings and recommendations which recommend that this action be dismissed, plaintiff's motion will be vacated from the calendar pending a district court order addressing the findings and recommendations.

        Accordingly, IT IS ORDERED that plaintiff's motion for summary judgment, filed June 15, 2005, is vacated from this court's calendar for July 28, 2005, pending a district court order addressing this court's findings and recommendations of July 6, 2005.

DATED: 7/11/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE

GGH:076
Mills0931.vac.wpd

1